## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWELL FINLEY,<br><br>           Plaintiff,<br><br>     v.<br><br>KERN COUNTY SHERIFF DETENTION FACILITY, et al.,<br><br>           Defendants. | 1:16-cv-00279-JLT (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Accordingly, the Court **ORDERS**:

**Within 45 days** of the date of service of this order, plaintiff SHALL submit the attached application to proceed in forma pauperis, completed and signed, or pay the $400.00 filing fee for this action.  **No time extensions will be granted without a showing of good cause**.  **Within 60 days** of the date of service of this order, plaintiff shall submit a certified copy of his prison trust statement for the six month period immediately preceding the filing of the complaint. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

   Dated:   **March 3, 2016**                              **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28