# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWELL FINLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KERN COUNTY SHERIFF DETENTION FACILITY, et al.,<br><br>　　　　Defendants. | Case No. **1:16-cv-00279-JLT (PC)**<br><br>**ORDER DIRECTING CLERK TO ASSIGN DISTRICT JUDGE**<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE OR FILE APPLICATION TO PROCEED** *IN FORMA PAUPERIS*<br>**(Doc. 3)**<br><br>**30 DAY DEADLINE** |

On March 4, 2016, the Court issued an order requiring Plaintiff to either pay the $400.00 filing fee in full or file an application to proceed *in forma pauperis* on the form provided with the order, within 45 days. More than 45 days have passed and Plaintiff has not complied with or otherwise responded to the Court's order. The Court warned Plaintiff that it would dismiss the case if he failed to obey the order.

A civil action may not proceed absent the submission of either the filing fee or a completed application to proceed in forma pauperis. 28 U.S.C. §§ 1914, 1915. Based on Plaintiff's failure to comply with the Court's order, dismissal of this action is appropriate. *In re Phenylpropanolamine (PPA) Products Liability Litigation*, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

Accordingly, the Clerk of the Court is DIRECTED to assign a District Judge to this action.

Further, the Court **RECOMMENDS** that this action be dismissed without prejudice for Plaintiff's failure to pay the filing fee or file a completed application to proceed *in forma pauperis.*

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within 30 days after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **June 8, 2016**              **/s/ Jennifer L. Thurston**
              UNITED STATES MAGISTRATE JUDGE

2